GODFREY UPDIKE et al., as Trustees in Bankruptcy of
H. L. STRATTON, INC., Appellants, *v.* MANUFACTURERS
TRUST COMPANY, Respondent.

(Argued March 14, 1935; decided April 16, 1935.)

*Stewart Maurice* for appellants.

*Lester E. Denonn* and *Leonard G. Bisco* for respondent.

Order and judgment affirmed, with costs. First question certified answered in the affirmative, and third question certified answered in the negative. Second

question not answered as involving a possible question of fact. No opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: CRANE, Ch. J., and FINCH, J.